JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERRERA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>PEOPLEREADY, INC., a Washington corporation; LAMONS GASKET COMPANY, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: CV 19-10748-DMG (Ex)<br><br>**ORDER ON PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE [27]** |

Pursuant to the Parties' Stipulation to Dismiss this entire matter with prejudice, the Court ORDERS AS FOLLOWS:

1. The above-captioned action is dismissed in its entirety with prejudice;
2. Each party to bear their own costs, expenses, and attorneys' fees; and
3. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: July 17, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1